**Dismiss; Opinion Filed January 31, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01052-CV

**ADRIAN TERRELL AND LANISE MITCHELL, Appellants**
**V.**
**ESTANCIA AT RIDGEVIEW RANCH, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01601-2016**

## MEMORANDUM OPINION

Before Justices Bridges, Evans, and Schenck
Opinion by Justice Evans

The filing fee and clerk's record in this case are past due. By postcard dated September 6, 2016, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. By letter dated October 28, 2016, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation they had been found entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).


/David W. Evans/
DAVID EVANS
JUSTICE

161052F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ADRIAN TERRELL AND LANISE
MITCHELL, Appellants

No. 05-16-01052-CV      V.

ESTANCIA AT RIDGEVIEW RANCH,
Appellee

On Appeal from the County Court at Law
No. 1, Collin County, Texas
Trial Court Cause No. 001-01601-2016.
Opinion delivered by Justice Evans. Justices
Bridges and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ESTANCIA AT RIDGEVIEW RANCH recover its costs of this appeal from appellants ADRIAN TERRELL AND LANISE MITCHELL.

Judgment entered this 31st day of January, 2017.